WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
William F. Dahill
Vincent T. Chang
Mara R. Lieber
Nicholas G. Veliky

*Counsel for Plaintiff*
*Lehman Brothers Special Financing Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| | X | Chapter 11 |
| In re: | : | |
| | | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | |
| Debtors. | : | |
| | X | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | : | |
| Plaintiff, | : | |
| − against − | : | Adversary Proceeding No.: 10-03547 (SCC) |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, | : | |
| Defendants. | : | |
| | X | |

**NOTICE OF APPEAL**

Notice is hereby given that pursuant to Federal Rules of Bankruptcy Procedure 8003 and 28 U.S.C. § 158, Lehman Brothers Special Financing Inc. ("LBSF"), plaintiff in the above-captioned case, hereby appeals to the United States District Court, Southern District of New

York from the Bankruptcy Court for the Southern District of New York's order entered on July 19, 2016 [Dkt. No. 1371] (attached as Exhibit A), dismissing Counts I through XIX of LBSF's Fourth Amended Complaint, based on its June 28, 2016 Memorandum Decision on the Omnibus Motion of the Noteholder Defendants to Dismiss the Fourth Amended Complaint [Dkt. No. 1360, as revised by Dkt. No. 1367] (attached as Exhibits B and C), which was certified as a final order on January 24, 2017 [Dkt. No. 1399] (attached as Exhibit D).  A list of all other parties is attached as Addendum A.

Dated: New York, New York
February 6, 2017

By:  /s/ Paul R. DeFilippo
William A. Maher
Paul R. DeFilippo
William F. Dahill
Vincent T. Chang
Mara R. Lieber
Nicholas G. Veliky

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*

By: /s/ Thomas E. Hommel
Thomas E. Hommel

LEHMAN BROTHERS HOLDINGS INC.
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (646) 285-9000

*Counsel for Lehman Brothers Special Financing Inc. against AIG, Inc. and AIG Taiwan Insurance Co. Ltd.*