# ADDENDUM A

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 1. | 801 GRAND CDO SERIES 2006-1 LLC | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 2. | 801 GRAND CDO SERIES 2006-2 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 3. | 801 GRAND CDO SPC, F/A/O THE SERIES 2006-1 | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 4. | 801 GRAND CDO SPC, F/A/O THE SERIES 2006-2 | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 5. | AIG TAIWAN INSURANCE CO. LTD. | AIG Taiwan Insurance Co. Ltd.<br>18/F, 6 Zhongxiao West Road<br>Section 1<br>Zhongzheng District, Taipei, 10041<br>Taiwan |
| 6. | AIG, INC. | David M. LeMay<br>Christy Rivera<br>Chadbourne & Parke LLP<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>(212) 408-5100 |
| 7. | ALTA CDO LLC, FOR SERIES 2007-1 | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 8. | ALTA CDO LLC, FOR SERIES 2007-2 | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 9. | ALTA CDO SPC, F/A/O THE SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Maples Corporate Services Limited<br>P.O. Box 309<br>Ugland House<br>George Town, Grand Cayman<br>Cayman Islands |
| 10. | ALTA CDO SPC, F/A/O THE SERIES 2007-2 SEGREGATED PORTFOLIO | c/o Maples Corporate Services Limited<br>P.O. Box 309<br>Ugland House<br>George Town, Grand Cayman |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | Cayman Islands |
| 11. | ANZ INVESTMENT BANK | ANZ Investment Bank<br>833 Collins Street<br>ANZ Centre, Level 9<br>Docklands, Melbourne VIC 3008<br>Australia |
| 12. | ANZ NOMINEES LIMITED | Lewis J. Liman, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| 13. | ATLANTIC CENTRAL BANKERS BANK | Atlantic Central Bankers Bank<br>1400 Market Street<br>Camp Hill, Pennsylvania 17011-4831 |
| 14. | BALMORAL AUSTRALIA PTY LTD | Balmoral Australia Pty Ltd<br>Level 3, 100 Pacific Highway<br>St Leonards NSW 2065<br>Australia<br><br>Andrew K. Glenn<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019-6799<br>(212) 506-1800 |
| 15. | BANCO CREDITO DEL PERU | Banco Credito del Peru<br>121 Alhambra Plaza<br>Suite 1200<br>Coral Gables, Florida 33134 |
| 16. | BANK OF AMERICA NATIONAL ASSOCIATION | Marc T.G. Dworsky<br>Bradley R. Schneider<br>Todd J. Rosen<br>Munger, Tolles & Olson, LLP<br>355 S. Grand Avenue<br>35th Floor<br>Los Angeles, California 90071-1560<br>(213) 683-9100 |
| 17. | BARTON SPRINGS CDO SERIES 2005-1 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 18. | BARTON SPRINGS CDO SPC, F/A/O THE SERIES 2005-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 19. | BARTON SPRINGS CDO SERIES 2005-2 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204 |

2

| | **DEFENDANT** | **CONTACT INFORMATION** |
|---|---|---|
| | | Newark, Delaware 19711 |
| 20. | BARTON SPRINGS CDO SPC, F/A/O THE SERIES 2005-2 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 21. | BASIS CAPITAL PTY LIMITED | Basis Capital Pty Limited<br>Level 13, Regus Macquarie House<br>167 Macquarie Street<br>Sydney NSW 2000<br>Australia |
| 22. | BASIS PAC- RIM OPPORTUNITY FUND LTD. | Intertrust Corporate Services (Cayman) Limited<br>190 Elgin Avenue<br>George Town, Grand Cayman KY1-9005<br>Cayman Islands |
| 23. | BELMONT PARK INVESTMENTS PTY LTD | Belmont Park Investments Pty Ltd<br>Merrotts<br>Level 6, 241 Adelaide Street<br>Brisbane QLD 4000<br>Australia |
| 24. | BIG HORN CDO 2007-1 COLLATERAL | c/o Maples FS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 25. | BLUE MOUNTAINS CITY COUNCIL | Blue Mountains City Council<br>2 Civic Place<br>Katoomba NSW 2780<br>Australia |
| 26. | BLUE POINT CDO SERIES 2005-1 LLC | c/o Donald J. Puglisi & Associates<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 27. | BLUE POINT CDO SPC, F/A/O THE SERIES 2005-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 28. | BNY MELLON CORPORATE TRUSTEE SERVICES LTD. | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 29. | BRODERICK CDO 3, LTD. | Broderick CDO 3, Ltd.<br>Walker House<br>87 Mary Street<br>George Town, Grand Cayman<br>Cayman Islands KY1-9002 |
| 30. | CARROLL 2 CC/CARROLL HOLDINGS COMPANY AND/OR THE HOLDERS OF AN ACCOUNT IN THAT NAME | |
| 31. | CATHOLIC DEVELOPMENT FUND FOR THE CATHOLIC DIOCESE OF BATHURST | Catholic Development Fund for the Catholic Diocese of Bathurst<br>118 Keppel Street<br>Bathurst NSW 2795<br>Australia |
| 32. | CHERRY HILL CDO LLC FOR SERIES 2007-1 | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 33. | CHERRY HILL CDO LLC FOR SERIES 2007-2 | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 34. | CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 35. | CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-2 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 36. | CHEYNE CLO INVESTMENTS I LTD. | Cheyne CLO Investments I Limited<br>5 Harbourmaster Place<br>International Financial Services Centre<br>Dublin 1, Ireland<br><br>c/o State Street Bank and Trust Company, as Trustee<br>225 Franklin Street<br>Boston, Massachusetts 02110 |
| 37. | CITIBANK, N.A. | Brad S. Karp<br>Theodore V. Wells, Jr.<br>Stephen J. Shimshak<br>Claudia Hammerman, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | New York, New York 10019<br>(212) 373-3133 |
| 38. | CITICORP NOMINEES PTY LTD. | Brad S. Karp<br>Theodore V. Wells, Jr.<br>Stephen J. Shimshak<br>Claudia Hammerman, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3133 |
| 39. | CITIGROUP GLOBAL MARKETS, INC. | Brad S. Karp<br>Theodore V. Wells, Jr.<br>Stephen J. Shimshak, Esq.<br>Claudia Hammerman, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3133 |
| 40. | CITY OF ALBANY | City of Albany<br>102 North Road<br>Yakamia WA 6330<br>Australia |
| 41. | CITY OF SWAN | City of Swan<br>2 Midland Square<br>Midland WA 6065<br>Australia |
| 42. | CLASS V FUNDING III, CORP. | U.S. Bank, National Association as Trustee for Class V Funding III, Corp.<br>c/o Franklin H. Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824<br><br>The Corporation Trust<br>1209 Orange Street<br>Wilmington, DE 19081 |
| 43. | CLASS V FUNDING III, LTD. | U.S. Bank, National Association as Trustee for Class V Funding III, Ltd.<br>c/o Franklin H. Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | MaplesFS Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town KY1-1102<br>Cayman Islands |
| 44. | CONTINENTAL LIFE INSURANCE COMPANY OF BRENTWOOD TENNESSEE | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 45. | COPPER CREEK CDO LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 46. | COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 47. | COUNTRY LIFE INSURANCE COMPANY | J. Gordon Cooney, Jr.<br>Rachel Mauceri<br>Ezra D. Church<br>Morgan, Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, Pennsylvania 19103-2921<br>(215) 963-5710 |
| 48. | CREDIT SUISSE SECURITIES (EUROPE) LTD. | Richard W. Clary<br>Michael A. Paskin<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 |
| 49. | CREDIT SUISSE SECURITIES (USA) LLC | Richard W. Clary<br>Michael A. Paskin<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000 |
| 50. | CROWN CITY CDO 2005-1 LIMITED | c/o H&J Corporate Services (Cayman) Ltd.<br>P.O. Box 866<br>Anderson Square Building<br>Grand Cayman, KY1-1103<br>Cayman Islands |
| 51. | CROWN CITY CDO 2005-1 LLC | c/o Donald J. Puglisi |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 850 Library Avenue, Suite 204<br>Newark Delaware 19711 |
| 52. | CROWN CITY CDO 2005-2 LIMITED | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 53. | CROWN CITY CDO 2005-2 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 54. | DEUTSCHE BANK TRUST COMPANY AMERICAS | Christopher M. Desiderio<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000<br><br>Richard C. Pedone<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-2131<br>(617) 345-6016 |
| 55. | DIVERSEY HARBOR ABS CDO, INC. | U.S. Bank, National Association as Indenture Trustee<br>c/o Franklin H. Top, III, Esq.<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824<br><br>Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware 19808 |
| 56. | DIVERSEY HARBOR ABS CDO, LTD. | U.S. Bank, National Association as Indenture Trustee<br>c/o Franklin H. Top, III, Esq.<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824<br><br>Walkers SPV Limited<br>Walker House<br>87 Mary Street<br>George Town, Grand Cayman KY1-9001<br>Cayman Islands |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 57. | EASTERN METROPOLITAN REGIONAL COUNCIL | Eastern Metropolitan Regional Council<br>Attn: Peter B. Schneider<br>1st Floor, Ascot Place<br>226 Great Eastern Hwy<br>Belmont WA 6104<br>Australia |
| 58. | ELLIOTT INTERNATIONAL, L.P. | Matthew Gold, Esq.<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 986-6000 |
| 59. | EUROAMERICA ASESORIAS S.A. | Euroamerica Asesorias S.A.<br>Agustinas 1127<br>Santiago, Chile |
| 60. | EUROCLEAR BANK S.A./N.V. | Charles G. Berry, Esq.<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, New York 10022-4690<br>(212) 836-8000 |
| 61. | FIRST NORTHERN BANK AND TRUST COMPANY | William A. Slaughter<br>Jon T. Pearson<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 864 8114 |
| 62. | FREEDOM PARK CDO SERIES 2005-1 LIMITED | c/o H&J Corporate Services (Cayman) Ltd.<br>P.O. Box 866<br>Anderson Square Building<br>Grand Cayman, KY1-1103<br>Cayman Islands |
| 63. | FREEDOM PARK CDO SERIES 2005-1 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 64. | FULLERTON DRIVE CDO LIMITED | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 65. | FULLERTON DRIVE CDO LLC | c/o National Registered Agents, Inc.<br>160 Green Tree Drive, Suite 101<br>Dover, Delaware 19904 |
| 66. | FULTON STREET CDO CORP. | Fulton Street CDO Funding Corp.<br>c/o National Corporate Research, Ltd.<br>615 South Dupont Highway<br>Dover, Delaware 19901 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | Jonathan C. Harris, Esq.<br>Deputy General Counsel, Litigation<br>Office of the General Counsel<br>Optinuity Alliance Resources Corporation,<br>an MBIA Inc. company<br><br>Fulton Street CDO, Ltd.<br>c/o Maples Finance Limited<br>P.O. Box 1093<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 67. | G & F YUKICH SUPERANNUATION PTY LTD | G & F Yukich Superannuation Pty Ltd<br>The Quadrant Gooding Partners<br>Level 9, 1 William Street<br>Perth WA 6000<br>Australia |
| 68. | GARADEX INC. | John H. Thompson<br>McGuire Woods LLP<br>2001 K Street N.W.<br>Suite 400<br>Washington, DC 20006-1040<br>(202) 983-2474<br><br>Edward A. Smith, Esq.<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>(212) 983-3850 |
| 69. | GATEX PROPERTIES INC. | John H. Thompson<br>McGuire Woods LLP<br>2001 K Street N.W.<br>Suite 400<br>Washington, DC 20006-1040<br>(202) 983-2474<br><br>Edward A. Smith, Esq.<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>(212) 983-3850 |
| 70. | GENERAL SECURITY NATIONAL INSURANCE | Peter A. Ivanick, Esq.<br>Daniel J. P. Lanigan, Esq.<br>Hogan Lovells US LLP |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 875 Third Avenue<br>New York, New York 10022<br>(212) 918-5560<br><br>Scott W. Reynolds, Esq.<br>Chaffetz Lindsey LLP<br>1700 Broadway<br>33rd Floor<br>New York, New York 10019<br>(212) 257-6925 |
| 71. | GENWORTH LIFE AND ANNUITY INSURANCE CO. | Nicholas P. Crowell, Esq.<br>Alex J. Kaplan, Esq.<br>Alex R. Rovira, Esq.<br>Andrew P. Propps, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300 |
| 72. | GEOMETRIC ASSET FUNDING LTD. | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 73. | GOLDMAN SACHS INTERNATIONAL | Carmine D. Boccuzzi, Jr., Esq.<br>Emily Balter<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006-1470<br>(212) 225-2000 |
| 74. | GOLDMAN, SACHS & CO. | Carmine D. Boccuzzi, Jr., Esq.<br>Emily Balter<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006-1470<br>(212) 225-2000 |
| 75. | GOSFORD CITY COUNCIL | Gosford City Council<br>49 Mann Street<br>Gosford NSW 2250<br>Australia<br><br>Andrew K. Glenn<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019-6799<br>(212) 506-1800 |
| 76. | GREYSTONE CDO SERIES 2006-1 LLC | c/o Donald J. Puglisi |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 77. | GREYSTONE CDO SERIES 2006-2 LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| 78. | GREYSTONE CDO SPC, F/A/O THE SERIES 2006-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 79. | GREYSTONE CDO SPC, F/A/O THE SERIES 2006-2 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 80. | GUOHUA LIFE INSURANCE CO., LTD. | Guohua Life Insurance Co. Ltd.<br>Shanghai World Financial Center<br>No.100, Century Ave.<br>Pudong New Area<br>Shanghai, China<br><br>Kuo Hua Life Insurance, Ltd.<br>3F 42 Chung Shan North Road<br>Section 2<br>Taipei City 10450<br>Taiwan, R.O.C. |
| 81. | HAVENROCK II LIMITED | Havenrock II Limited<br>26 New Street<br>St. Helier, Jersey JE2 3RA<br>Channel Islands |
| 82. | HHE PARTNERSHIP LP | HHE Partnership LP<br>2700 Delk Road, Suite 100<br>Marietta, Georgia 30067 |
| 83. | JEFFERSON VALLEY CDO SERIES 2006-1 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 84. | JEFFERSON VALLEY CDO SPC, F/A/O THE SERIES 2006-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 85. | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | Ian Boczko, Esq.<br>Wachtell, Lipton, Rosen & Katz |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 51 West 52nd Street<br>New York, New York 10019-6150<br>(212) 403-1249 |
| 86. | JP MORGAN SECURITIES, PLC | Ian Boczko, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019-6150<br>(212) 403-1249 |
| 87. | KINGS RIVER LIMITED | c/o H&J Corporate Services (Cayman) Ltd.<br>P.O. Box 866<br>Anderson Square Building<br>Grand Cayman, KY1-1103<br>Cayman Islands |
| 88. | KINGS RIVER LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 89. | KLIO II FUNDING CORP. | U.S. Bank as Trustee for KLIO II Funding Corp.<br>c/o Franklin H. Top, III<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 90. | KLIO II FUNDING LTD. | U.S. Bank as Trustee for KLIO II Funding Ltd.<br>c/o Franklin H. Top, III<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 91. | KLIO III FUNDING CORP. | U.S. Bank as Trustee for KLIO III Funding Corp.<br>c/o Franklin H. Top, III<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 92. | KLIO III FUNDING LTD. | U.S. Bank as Trustee for KLIO III Funding Ltd.<br>c/o Franklin H. Top, III<br>Chapman & Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 93. | KMCL CARROLL AND/OR THE HOLDERS OF AN ACCOUNT IN THAT NAME | |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 94. | LAKEVIEW CDO LLC SERIES 2007-1 | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 95. | LAKEVIEW CDO LLC, F/A/O THE SERIES 2007-2 SEGREGATED PORTFOLIO | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 96. | LAKEVIEW CDO LLC, F/A/O THE SERIES 2007-3 SEGREGATED PORTFOLIO | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 97. | LAKEVIEW CDO SPC, F/A/O THE SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 98. | LAKEVIEW CDO SPC, F/A/O THE SERIES 2007-2 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 99. | LAKEVIEW CDO SPC, F/A/O THE SERIES 2007-3 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 100. | LANCER FUNDING II LTD. | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 101. | LANCER FUNDING II, LLC | LaSalle Bank National Association<br>Trustee for Lancer Funding II, LLC<br>540 West Madison Street, Suite 500<br>Chicago, Illinois 60661<br><br>c/o National Corporate Research, Ltd.<br>615 South Dupont Highway<br>Dover, Delaware 19901 |
| 102. | LEETON SHIRE COUNCIL | Leeton Shire Council<br>23-25 Chelmsford Place<br>Leeton NSW 2705<br>Australia |
| 103. | LEITHNER & COMPANY PTY. LTD | Leithner & Company Pty. Ltd<br>40 Latrobe Street |

13

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | East Brisbane QLD 4169<br>Australia |
| 104. | LGT BANK IN LIECHTENSTEIN, LTD. | Gregory F. Hauser, Esq.<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>(212) 509-4717 |
| 105. | LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | Lifeplan Australia Friendly Society Ltd.<br>Level 14 114 Albert Road<br>South Melbourne VIC 3205<br>Australia |
| 106. | LORELEY FINANCING (JERSEY) NO. 15 LIMITED | Loreley Financing (Jersey) 15 Limited<br>26 New St.<br>St. Helier Jersey JE2 3RA<br>Channel Islands |
| 107. | LOWER MURRAY WATER | Jared Riley Clark<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 262-5152 |
| 108. | LYNDOCH LIVING INC. | Lyndoch Living Inc.<br>Hopkins Road<br>Warrnambool VIC 3280<br>Australia |
| 109. | MAGNETAR CONSTELLATION FUND II LTD. | Nicholas P. Crowell, Esq.<br>Alex J. Kaplan, Esq.<br>Alex R. Rovira, Esq.<br>Andrew P. Propps, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300 |
| 110. | MAGNETAR CONSTELLATION MASTER FUND III LTD | Nicholas P. Crowell, Esq.<br>Alex J. Kaplan, Esq.<br>Alex R. Rovira, Esq.<br>Andrew P. Propps, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300 |
| 111. | MAGNETAR CONSTELLATION MASTER FUND LTD. | Nicholas P. Crowell, Esq.<br>Alex J. Kaplan, Esq.<br>Alex R. Rovira, Esq.<br>Andrew P. Propps, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | (212) 839-5300 |
| 112. | MANLY COUNCIL | Manly Council<br>1 Belgrave Street<br>Manly NSW 2095 |
| 113. | MARINER LDC | Thomas J. Fleming, Esq.<br>Olshan Frome Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300 |
| 114. | MARSH & MCLENNAN COMPANIES, INC. STOCK INVESTMENT PLAN | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 115. | MARSH & MCLENNAN MASTER RETIREMENT TRUST | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 116. | MBIA, INC. | Kevin J. Biron, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000 |
| 117. | MODERN WOODMEN OF AMERICA, INC. | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 118. | MONEYGRAM SECURITIES LLC | Phillip Bohl, Esq.<br>Kathryn J. Bergstrom<br>Brian A. Dillon<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>500 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>(612) 632-3000 |
| 119. | MORGAN STANLEY & CO., INCORPORATED | John H. Thompson<br>McGuire Woods LLP<br>2001 K Street N.W.<br>Suite 400<br>Washington, DC 20006-1040<br>(202) 983-2474<br><br>Edward A. Smith, Esq.<br>David N. Cinotti, Esq. |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | Rishi Kapoor, Esq.<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>(212) 307-5500 |
| 120. | MORGANS FINANCIAL LIMITED | Lewis J. Liman, Esq.<br>Matthew Gurgel<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| 121. | MULBERRY STREET CDO, LTD. | Jack Yoskowitz, Esq.<br>Benay Josselson, Esq.<br>Michael Tenenhaus, Esq.<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 574-1200 |
| 122. | NATIONAL NOMINEES LIMITED | National Nominees Limited<br>125 Queen Street<br>Level 9, Bnz Tower<br>Auckland 1030<br>New Zealand |
| 123. | NATIONWIDE HYBRID MAND/NATIONWIDE SF HYBRID AND/OR THE HOLDERS OF AN ACCOUNT IN THAT NAME | |
| 124. | NATIONWIDE SUPERANNUATION AND/OR THE HOLDERS OF AN ACCOUNT IN THAT NAME | |
| 125. | NATIXIS FINANCIAL PRODUCTS LLC | Scott W. Reynolds<br>Chaffetz Lindsey LLP<br>1700 Broadway<br>33rd Floor<br>New York, New York 10019<br>(212) 257-6925 |
| 126. | NEWCASTLE CITY COUNCIL | Newcastle City Council<br>282 King Street<br>Newcastle NSW 2300<br>Australia |
| 127. | OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | Nelson Alexander, Esq.<br>Frost Brown Todd LLC<br>201 North Illinois Street<br>Suite 1900<br>Indianapolis, Indiana 46204-4236<br>(317) 237-3800 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | Arron M. Bernay<br>Paige L. Ellerman<br>Ronald Eric Gold<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202<br>(513) 651-6800 |
| 128. | OSDF, LTD. | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands KY1-1102 |
| 129. | OVERSEAS PROPERTY INVESTMENT CORPORATION | Overseas Property Investment Corporation<br>c/o LGT Treuhand AG (n/k/a Fiduco Treuhand AG)<br>Städtle 28, 9490 Vaduz<br>Liechtenstein |
| 130. | PANORAMA RIDGE PTY LTD | Merrotts<br>Level 6, 241 Adelaide Street<br>Brisbane QLD 4000<br>Australia |
| 131. | PANTERA VIVE CDO LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 132. | PANTERA VIVE CDO SPC, F/A/O THE SERIES 2007-1 | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 133. | PARKES SHIRE COUNCIL | 2 Cecile Street<br>Parkes NSW 2870<br>Australia<br><br>Andrew K. Glenn<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019-6799<br>(212) 506-1800 |
| 134. | PCA LIFE ASSURANCE CO. LTD. | Nicholas P. Crowell, Esq.<br>Jonathan W. Muenz, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | (212) 839-5300 |
| | | Bryan Krakauer, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000 |
| 135. | PEBBLE CREEK LCDO 2007-2, LLC | Deutsche International Corporate Services (Delaware)<br>1011 Centre Rd., Suite 200<br>Wilmington, Delaware 19805 |
| 136. | PEBBLE CREEK LCDO 2007-2, LTD. | c/o Deutsche Bank (Cayman) Ltd.<br>P.O. Box 1984<br>Boundary Hall<br>Cricket Square<br>171 Elgin Avenue<br>George Town, Grand Cayman<br>Cayman Islands |
| 137. | PENN'S LANDING CDO LLC | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 138. | PENN'S LANDING CDO SPC, F/A/O THE SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Donald J. Puglisi & Associates<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 139. | PHL VARIABLE INSURANCE COMPANY | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 140. | PHOENIX LIFE INSURANCE COMPANY | Joshua Dorchak<br>Morgan, Lewis & Bockius LLP<br>399 Park Avenue<br>New York, New York 10022-4689<br>(212) 705-7784 |
| 141. | PINNACLE POINT FUNDING CORP. | U.S. Bank National Association as Indenture Trustee<br>c/o Franklin H. Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 142. | PINNACLE POINT FUNDING LTD. | U.S. Bank National Association as Indenture Trustee<br>c/o Franklin H. Top, III, Esq. |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 143. | PRINCIPAL LIFE INSURANCE COMPANY | Bryan Krakauer<br>Mark B. Blocker<br>Allison Ross Stromberg<br>Simone R. Cruickshank<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>(312) 853-7000 |
| 144. | PUTNAM DYNAMIC ASSET ALLOCATION FUNDS – GROWTH PORTFOLIO | Joshua Dorchak, Esq.<br>Morgan, Lewis & Bockius LLP<br>399 Park Ave<br>New York, New York 10022<br>(212) 705-7784 |
| 145. | PUTNAM INTERMEDIATE DOMESTIC INVESTMENT GRADE TRUST | Joshua Dorchak, Esq.<br>Morgan, Lewis & Bockius LLP<br>399 Park Ave<br>New York, New York 10022<br>(212) 705-7784 |
| 146. | PUTNAM STABLE VALUE FUND | Joshua Dorchak, Esq.<br>Morgan, Lewis & Bockius LLP<br>399 Park Ave<br>New York, New York 10022<br>(212) 705-7784 |
| 147. | PYXIS ABS CDO 2007-1 LLC | c/o Donald J. Puglisi & Associates<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 148. | PYXIS ABS CDO 2007-1 LTD. | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 149. | QUARTZ FINANCE PLC, SERIES 2004-1 | West Block Building<br>International Financial Services Centre<br>Dublin 1, Ireland |
| 150. | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST | c/o U.S. Bank National Association<br>1 Federal St., 3rd Floor<br>Main Station EX-MA-FED<br>Boston, Massachusetts 02110 |
| 151. | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-1-C TRUST | c/o U.S. Bank National Association<br>1 Federal St., 3rd Floor<br>Main Station EX-MA-FED<br>Boston, Massachusetts 02110 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 152. | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST | c/o U.S. Bank National Association<br>1 Federal St., 3rd Floor<br>Main Station EX-MA-FED<br>Boston, Massachusetts 02110 |
| 153. | RGA REINSURANCE CO. | Patricia B. Tomasco, Esq.<br>Emilio B. Nicolas, Esq.<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>(512) 236-2000 |
| 154. | RUBY FINANCE PLC, F/A/O THE SERIES 2005-1, CLASS A2-A9 | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 155. | SBSI, INC. | J. Gordon Cooney, Jr.<br>John C. Goodchild<br>Rachel Mauceri<br>Ezra D. Church<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br>(215) 963-5710 |
| 156. | SCOR REINSURANCE COMPANY | Peter A. Ivanick, Esq.<br>Daniel J. P. Lanigan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>(212) 918-5560<br><br>Scott W. Reynolds, Esq.<br>Chaffetz Lindsey LLP<br>1700 Broadway<br>33rd Floor<br>New York, New York 10019<br>(212) 257-6925 |
| 157. | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, F/A/O THE SERIES 2007-1 FEDERATION A-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 158. | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, F/A/O THE SERIES 2007-1 | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | FEDERATION A-2 SEGREGATED PORTFOLIO | George Town, Grand Cayman Cayman Islands |
| 159. | SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, F/A/O THE SERIES 2007-1 TABXSPOKE (07-1 40-100) SEGREGATED PORTFOLIO | c/o Maples Finance Limited P.O. Box 1093 GT Queensgate House 113 South Church Street George Town, Grand Cayman Cayman Islands |
| 160. | SECURITY BENEFIT LIFE INSURANCE CO. | Matthew J. Rifino, Esq. McCarter & English, LLP Renaissance Centre 405 N. King Street, Suite 800 Wilmington, Delaware 19801-3717 (302) 984-6300<br><br>David J. Adler, Esq. McCarter & English, LLP 245 Park Avenue, 27th Floor New York, New York 10167 (212) 609-6800 |
| 161. | SENTINEL MANAGEMENT GROUP INC. | Sentinel Management Group Inc. c/o Eric A. Bloom 650 Dundee Road, Suite 460 Northbrook, Illinois 60062 |
| 162. | SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC | c/o Donald J. Puglisi 850 Library Avenue, Suite 204 Newark, Delaware 19711 |
| 163. | SHENANDOAH LIFE INSURANCE COMPANY | Joseph J. Saltarelli, Esq. Hunton & Williams LLP 200 Park Avenue, 52nd Floor New York, New York 10166-0005 (212) 309-1091<br><br>Shannon E. Daily Hunton & Williams LLP Riverfront Plaza, East Tower 951 East Byrd Street Richmond, Virginia 23219 (804) 788-8200 |
| 164. | SHINHAN BANK | John A. Bicks, Esq. Brian D. Koosed Priya Chadha Deborah Newman K&L Gates LLP 599 Lexington Avenue New York, New York 10022 (212) 536-3900 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 165. | SMH CAPITAL ADVISORS, INC. | SMH Capital Advisors, Inc.<br>4800 Overton Plaza<br>Suite 300<br>Fort Worth, Texas 76109 |
| 166. | SOLAR V CDO LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 167. | SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 168. | ST. VINCENT DE PAUL SOCIETY QUEENSLAND | St. Vincent De Paul Society<br>Queensland<br>Ozanam House<br>10 Merivale Street<br>South Brisbane QLD 4101<br>Australia |
| 169. | STABFUND SUB CA AG | c/o Schweizerische Nationalbank<br>Bundesplatz 1<br>3011 Bern<br>Switzerland |
| 170. | STANDARD LIFE INSURANCE COMPANY OF INDIANA | Henry A. Efroymson<br>John T. Murphy, Esq.<br>Ice Miller LLP<br>Attorney for Stephen W. Robertson, in his role as Rehabilitator of Standard Life Insurance Co.<br>One American Square, Suite 2900<br>Indianapolis, Indiana 46282-0200<br>(317) 236-2397 |
| 171. | STANTON ABS I P.L.C. | Jim Hamilton, Liquidator<br>BDO<br>Beaux Lane House<br>Mercer Street Lower<br>Dublin 2<br>Ireland |
| 172. | STANTON CDO I SA | Stanton CDO I SA<br>9B, Boulevard Prince Henri<br>CP L-1724 Luxembourg<br>Luxembourg<br><br>Laurent Fisch<br>Fisch Fayot<br>36 Avenue de la Gare<br>1610 Luxembourg |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | (+352) 2856 77-30 |
| 173. | STARLING STRATEGIES LTD. | Starling Strategies Ltd.<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands KY1-1002 |
| 174. | STATE STREET BANK AND TRUST COMPANY | Christopher M. Desiderio<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000<br><br>Richard C. Pedone<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-2131<br>(617) 345-6016 |
| 175. | STATE STREET GLOBAL ADVISORS | Christopher M. Desiderio<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000<br><br>Richard C. Pedone<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-2131<br>(617) 345-6016 |
| 176. | STATE STREET INTERNATIONAL IRELAND LIMITED | Christopher M. Desiderio<br>Nixon Peabody, LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3000<br><br>Richard C. Pedone<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-2131<br>(617) 345-6016 |
| 177. | STICHTING SHELL PENSIOENFONDS | Stichting Shell Pensioenfond<br>Sir Winston Churchillaan 366h<br>Rijswijk ZH 2285SJ<br>The Netherlands |
| 178. | STOWE CDO LLC | c/o Donald Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 179. | STOWE CDO SERIES 2006-1 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 180. | STOWE CDO SPC, F/A/O THE SERIES 2006-1 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 181. | STOWE CDO SPC, F/A/O THE SERIES 2008-2A SEGREGATED PORTFOLIO | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 182. | STRATEGIC GLOBAL (PUTNAM) MANAGED TRUST | Putnam Investments (Ireland) Limited<br>1 North Wall Quay<br>International Financial Services Centre<br>Dublin 1<br>Ireland |
| 183. | STRUCTURED CREDIT OPPORTUNITIES FUND II, LP | Thomas J. Fleming, Esq.<br>Olshan Frome Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300 |
| 184. | SUNSET PARK CDO LIMITED SPC, F/A/O THE SERIES 2004-1 SEGREGATED PORTFOLIO | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 185. | SUNSET PARK CDO LIMITED SPC, F/A/O THE SERIES 2004-2 SEGREGATED PORTFOLIO | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square, Grand Cayman KY1-1102<br>Cayman Islands |
| 186. | SUNSET PARK CDO LIMITED SPC, F/A/O THE SERIES 2004-4 SEGREGATED PORTFOLIO | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 187. | SUNSET PARK CDO LIMITED SPC, F/A/O THE SERIES 2005-5 SEGREGATED PORTFOLIO | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | George Town, Grand Cayman<br>Cayman Islands |
| 188. | SUNSET PARK CDO LLC | c/o Donald Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 189. | SUNSET PARK CDO SERIES 2005-5 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 190. | SUNSET PARK CDO SERIES 2005-6 LIMITED | c/o H&J Corporate Services (Cayman) Ltd.<br>P.O. Box 866<br>Anderson Square Building<br>Grand Cayman, KY1-1103<br>Cayman Islands |
| 191. | SUNSET PARK CDO SERIES 2005-6 LLC | c/o Donald J. Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 192. | SUNSET PARK CDO-M LIMITED SPC, F/A/O THE SERIES 2005-3 SEGREGATED PORTFOLIO | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 193. | SUNSET PARK CDO-M LLC | c/o Donald Puglisi<br>850 Library Avenue, Suite 204<br>Newark, Delaware 19711 |
| 194. | SUSQUEHANNA BANK | J. Gordon Cooney, Jr.<br>John C. Goodchild<br>Rachel Mauceri<br>Ezra D. Church<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br>(215) 963-5710 |
| 195. | TAVARES SQUARE CDO LIMITED | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 196. | TAVARES SQUARE CDO LLC | c/o National Registered Agents, Inc.<br>160 Green Tree Drive, Suite 101<br>Dover, Delaware 19904 |
| 197. | TERWIN CAPITAL, LLC | Terwin Capital, LLC<br>45 Rockefeller Plaza<br>Suite 420<br>New York, New York 10111 |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| 198. | THE BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| 199. | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| 200. | THE BANK OF NEW YORK MELLON, LONDON BRANCH | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400 |
| 201. | THE LIVERPOOL LIMITED PARTNERSHIP | Marc R. Rosen, Esq.<br>Matt Gold, Esq.<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>551 Fifth Avenue<br>New York, New York 10176<br>(212) 986-6000 |
| 202. | THE WINTER GROUP | The Winter Group<br>c/o New York State, Department of State<br>Division of Corporations, State Records and<br>Uniform Commercial Code<br>99 Washington Avenue, 6th Floor<br>Albany, New York 12231 |
| 203. | TIERRA ALTA FUNDING I LTD. | c/o Maples and Calder Limited<br>P.O. Box 309<br>Ugland House<br>South Church Street<br>Cayman Islands KY1-1004 |
| 204. | TIERRA ALTA FUNDING I, CORP. | c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware 19808 |
| 205. | TOPDANMARK EDB A/S | Irena M. Goldstein<br>Trenk DiPasqaule Della Fera & Sodono, PC<br>45 Rockefeller Plaza<br>Suite 2000<br>New York, New York 10111<br>(212) 899-5245 |
| 206. | TRICADIA CREDIT STRATEGIES MASTER FUND, LTD. | Thomas J. Fleming, Esq.<br>Olshan Frome Wolosky LLP<br>Park Avenue Tower |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 65 East 55th Street<br>New York, New York 10022<br>(212) 451-2300 |
| 207. | U.S. BANK NATIONAL ASSOCIATION | Franklin H. Top, III<br>Scott A. Lewis<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603-4080<br>(312) 845-3000 |
| 208. | U.S. BANK TRUST NATIONAL ASSOCIATION | Franklin H. Top, III<br>Scott A. Lewis<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603-4080<br>(312) 845-3000 |
| 209. | UNICREDIT BANK AG, LONDON BRANCH | Nicholas P. Crowell, Esq.<br>Alex J. Kaplan, Esq.<br>Alex R. Rovira, Esq.<br>Andrew P. Propps, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300 |
| 210. | UNITING CHURCH IN AUSTRALIA PROPERTY TRUST (SA) | Uniting Church in Australia Property Trust (SA)<br>Level 2<br>212 Pirie Street<br>Adelaide SA 5000<br>Australia |
| 211. | VALEO INVESTMENT GRADE CDO LTD. | c/o MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 212. | VOX PLACE CDO LIMITED | c/o Maples Finance Limited<br>P.O. Box 1093 GT<br>Queensgate House<br>113 South Church Street<br>George Town, Grand Cayman<br>Cayman Islands |
| 213. | VOX PLACE CDO LLC | c/o National Registered Agents, Inc.<br>160 Green Tree Drive, Suite 101<br>Dover, Delaware 19904 |
| 214. | WELLS FARGO BANK NATIONAL ASSOCIATION | Casey B. Howard<br>Locke Lord Bissell & Liddell LLP<br>3 World Financial Center |

| | DEFENDANT | CONTACT INFORMATION |
|---|---|---|
| | | 20th Floor<br>New York, New York  10281<br>(212) 812-8342 |
| 215. | WHITEHAWK CDO FUNDING, LLC | U.S. Bank National Association as<br>Indenture Trustee<br>c/o Franklin H. Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 216. | WHITEHAWK CDO FUNDING, LTD. | U.S. Bank National Association as<br>Indenture Trustee<br>c/o Franklin H. Top, III, Esq.<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>(312) 845-3824 |
| 217. | ZAIS INVESTMENT GRADE LIMITED II | Richard C. Pedone, Esq.<br>Amanda Darwin, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-6016<br><br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3111 |
| 218. | ZAIS INVESTMENT GRADE LIMITED V | MaplesFS Limited<br>P.O. Box 1093<br>Boundary Hall<br>Cricket Square<br>Grand Cayman KY1-1102<br>Cayman Islands |
| 219. | ZAIS INVESTMENT GRADE LIMITED X | Richard C. Pedone, Esq.<br>Amanda Darwin, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-6016<br><br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3111 |